**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IBRAHIM SHAIK,** | |
| **Plaintiff,** | **No. 1:16-cv-09814** |
| **v.** | |
| **ERA INDUSTRIES, INC.** | **Judge Pallmeyer** |
| **Defendant.** | |

## JOINT STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ibrahim Shaik and Defendant ERA Industries, Inc., through their undersigned attorneys, submit this Joint Stipulation to Dismiss the above-captioned action, *without prejudice*, which will automatically convert to a dismissal *with prejudice* within seven (7) days of filing unless a motion to reinstate is pending.

Respectfully submitted,

Dated: March 23, 2017

s/Zachary C. Flowerree                    s/Michael F. Hughes (with consent)
One of Plaintiff's Attorneys                              One of Defendant's Attorneys

| | |
|---|---|
| Douglas M. Werman - dwerman@flsalaw.com | Michael F. Hughes, Esq. - mhughes@salawus.com |
| Maureen A. Salas - msalas@flsalaw.com | Sara S. Zorich, Esq. - szorich@salawus.com |
| Sarah J. Arendt - sarendt@flsalaw.com | SmithAmundsen LLC |
| Zachary C. Flowerree - zflowerree@flsalaw.com | 3815 E. Main Street, Suite A-1 |
| Werman Salas P.C. | St. Charles, IL 60174 |
| 77 W. Washington, Suite 1402 | (630) 587-7910 – Telephone |
| Chicago, IL 60602 | (630) 587-7960 – Facsimile |
| (312) 419-1008 | |

*Attorneys for Plaintiff*                                    *Attorneys for Defendant*