UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ibrahim Shaik
                    Plaintiff,

v.                                       Case No.: 1:16–cv–09814
                                            Honorable Rebecca R. Pallmeyer

ERA Industries, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 24, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Joint Stipulation, the above cause is dismissed without prejudice, which will automatically convert to a dismissal with prejudice within 7 days of filing unless a motion to reinstate is pending. Status hearing set for 3/27/2017 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.